IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WHEELER ZAMICHIELI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-cv-2868-GMS |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 18th day of March, 2015, for the reasons set forth in the Memorandum issued this date,

IT IS HEREBY ORDERED that:

1. The complaint is **dismissed** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The clerk of court is **directed** to close the case.

_____
UNITED STATES DISTRICT JUDGE